**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE: Debra J. Wilson**                                    **BK NO. 24-00573 HWV**
                        **Debtor(s)**

                                                             **Chapter 13**

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH4, Asset-Backed Certificates, Series 2005-FFH4 and index same on the master mailing list.


      Respectfully submitted,


/s/ *Michael Farrington*

Michael Farrington
15 Mar 2024, 16:05:31, EDT


      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA  19106
      215-627-1322

Document ID: 695a75b2e6635b62d9691d58723e737c6360c964c3235bc6a9ae357e50fc7eb1