Certificate Number: 03621-PAM-DE-038303550

Bankruptcy Case Number: 24-00573


03621-PAM-DE-038303550

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 21, 2024, at 4:40 o'clock PM EDT, Debra J Wilson completed a course on personal financial management given by telephone by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 21, 2024

By: /s/Ashley Bradley

Name: Ashley Bradley

Title: Credit Counselor