United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                           Case No. 24-00573-HWV

Debra J. Wilson                                                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                          User: AutoDocke                                              Page 1 of 2

Date Rcvd: May 09, 2024                                Form ID: ntcnfhrg                                        Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Debra J. Wilson, 2315 Ionoff Rd, Harrisburg, PA 17110-3517 |
| 5601565 | + | Paxton Crossing HOA, 2615 Cranberry Circle, Harrisburg, PA 17110-3507 |
| 5601566 | + | Penn Waste, PO Box 3066, York, PA 17402-0066 |
| 5601571 | + | Susquehanna Township Authority, 1900 Linglestown Rd, Harrisburg, PA 17110-3301 |
| 5601572 | | UPMC Pinnacle, PO Box 829901, Philadelphia, PA 19182-9901 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5601556 | + | Email/Text: Collections_Bankruptcies@encoreexchange.com | May 09 2024 18:50:00 | Computer Credit, Inc., PO Box 5238, Winston Salem, NC 27113-5238 |
| 5601558 | + | Email/Text: mrdiscen@discover.com | May 09 2024 18:50:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5601557 | + | Email/Text: mrdiscen@discover.com | May 09 2024 18:50:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5601559 | + | Email/Text: PBNCNotifications@peritusservices.com | May 09 2024 18:50:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5601560 | + | Email/Text: PBNCNotifications@peritusservices.com | May 09 2024 18:50:00 | Kohl's, Po Box 3115, Milwaukee, WI 53201-3115 |
| 5604064 | | Email/PDF: resurgentbknotifications@resurgent.com | May 09 2024 19:05:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5601562 | | Email/PDF: resurgentbknotifications@resurgent.com | May 09 2024 18:55:25 | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 5601561 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 09 2024 19:05:35 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5614701 | + | Email/Text: bankruptcydpt@mcmcg.com | May 09 2024 18:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5601564 | + | Email/Text: bankruptcydpt@mcmcg.com | May 09 2024 18:50:00 | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 5601563 | + | Email/Text: bankruptcydpt@mcmcg.com | May 09 2024 18:50:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5601568 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 09 2024 18:54:48 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5601567 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 09 2024 18:55:25 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5601570 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 09 2024 18:50:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 5601569 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |

　　　　　　　　　　　　　　　　　　　　May 09 2024 18:50:00　　Select Portfolio Servicing, Inc, Attn: Bankruptcy,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Po Box 65250, Salt Lake City, UT 84165-0250

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5607780 | *+ | PENN WASTE INC, PO BOX 3066, YORK, PA 17402-0066 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2024　　　　　　　　Signature:　　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH4, Asset-Backed Certificates, Series 2005-FFH4 mfarrington@kmllawgroup.com |
| Paul H. Young | on behalf of Debtor 1 Debra J. Wilson ykaecf@gmail.com lesliebrown.paralegal@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Debra J. Wilson,
**Debtor 1**

Chapter 13

Case No. 1:24−bk−00573−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 5, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: June 12, 2024<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 9, 2024 |

ntcnfhrg (08/21)