UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


In Re:                                    :              Chapter 13
                                          :
DEBRA J. WILSON                           :              4/15/2025 9:30 A.M.
                                          :
                                          :
                                          :              Case No. 24-00573


## ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY

1.      Admitted.

2.      Admitted

3.      Admitted.

4.      Admitted.

5.      Admitted.

6.      Denied.  Debtors deny that they have failed to make the stated payments as listed

        and avers that Movant is holding payment(s) in abeyance without crediting their

        account. However, if debtors have missed any payments, they wish to enter into a

        stipulation allowing them to repay any post-petition arrearages through the

        remainder of their Chapter 13 plan.

7.      Denied.

8.      Denied.

9.      Denied.

10.     Denied.

11.     Denied.

12.     Denied.


WHEREFORE, it is requested that this Honorable Court DENY and DISMISS movant's Motion for Relief from the Automatic Stay, or in the alternative approve a stipulation permitting the Debtors to become current on any missed post-petition payments.


Respectfully Submitted,

YOUNG, MARR & ASSOCIATES


By:     /s/Paul H. Young
     Paul H. Young, Esquire
     Attorney for Debtors
     3554 Hulmeville Road, Suite 102
     Bensalem, PA 19020
     P: 215-639-5297
     F: 215-639-1344
     support@ymalaw.com